**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **JULIE LUMBER LLC, et al.,**<br>***Plaintiffs,***<br>**v.**<br>**U.S. DEPARTMENT OF STATE, et al.,**<br>***Defendants.*** | **Case No. 2:26-cv-05994-JKS** |

**ORDER AND PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to FRCP 41(a), Plaintiffs, through the undersigned counsel, voluntarily dismiss the above-entitled action without prejudice.

Respectfully Submitted,

/s Michael Z. Goldman
The Law Offices of Michael Z. Goldman
100 Church St. Suite 800
New York, NY 10007
Telephone: (212) 901-3799
Facsimile: (914) 908-6102
Michael@mzglaw.com

*Attorney for Plaintiffs*

Dated: November 23, 2026

**The Clerk of the Court is directed to CLOSE this case. So Ordered:**

***/s/ Jamel K. Semper***
**Hon. Jamel K. Semper**
**U.S. District Judge**

**Dated: November 24, 2026**